Opinion issued March 17, 2016



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-00732-CV

_____

**MARINA PRESLEY, Appellant**

**V.**

**N.V. MASUREEL VEREDELING, Appellee**

---

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Case No. 2006-46323B**

---

## MEMORANDUM OPINION

Appellant, Marina Presley, representing that the parties have settled, compromised, and resolved all issues between them, has filed a motion to dismiss the appeal. No other party has filed a notice of appeal, and no opinion has issued.

*See* TEX. R. APP. P. 42.1(a)(1), (c). Further, although the motion does not include a certificate of conference, more than ten days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Massengale, and Huddle.